UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**Jerrold E. Arbini** | DISTRICT COURT CASE NUMBER:<br>CV S- 10-1296 WBS<br><br>[Bankruptcy Court Case Number: NO. 08-32461-C-7]<br><br>NOTICE:  ORDER TO SHOW CAUSE |

  The Court is in receipt of the "Notice of Incomplete or Delayed Record to District Court Re: Bankruptcy Cases" filed on June 28, 2010, and hereby ORDERS the parties to show cause in writing no later than **July 12, 2010** why this action should not be dismissed for failure to perfect the appeal.   This Order to Show Cause is based upon appellant's failure to file the documents required by Rule 8006 and Rule 8007 of the Bankruptcy Rules.

  Failure to timely respond to this notice may cause the matter to be dismissed.

Dated: June 29, 2010　　　　　　　　　　　　　　VICTORIA MINOR,  Clerk By:


　　　　　　　　　　　　　　　　　　　　　　　　/s/ K.  J.  Kirksey Smith
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk

ORDER TO SHOW CAUSE