# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:**<br><br>**Jerrold E. Arbini** | District Court Case Number:<br>CV S-10-1296 WBS<br><br>Order Dismissing Action Without Prejudice for Lack Of Prosecution<br><br>[Bankruptcy Court Case Number: NO. 08-32461-C-7] |

    On June 29, 010, the Court issued an order to show cause why this action should not be dismissed for lack of prosecution. The Court ordered the parties to file a written response no later than July 12, 2010. Thereafter, on July 13, 2010, the Appellant, Jerrold E. Arbini, filed a request for an extension of time to obtain counsel, and the deadline to respond to the order to show cause was extended to August 5, 2010. As of today's date, no additional written response has been filed.

    Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution.

1
2  IT IS SO ORDERED.
3
4
5  Dated:   August 18, 2010
6  _____
   WILLIAM B. SHUBB
7  UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28